No. 72–842.   BRADLEY *v.* FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 72–898.   FIOCCONI ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 72–924.   LAFAYETTE AIRPORT COMMISSION ET AL. *v.* ROY ET AL.   Ct. App. La., 3d Cir.   Certiorari denied.

No. 72–927.   BANKERS LIFE & CASUALTY CO. *v.* VILLAGE OF NORTH PALM BEACH, FLORIDA, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 72–979.   THORNE *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 72–1011.   COOPER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 72–1014.   BRADEN *v.* HERMAN ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 72–1016.   CHIP STEAK CO., INC., ET AL. *v.* BUTZ, SECRETARY OF AGRICULTURE, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 72–1017.   NEBRASKA ET AL. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.; and No. 72–1020.   NEBRASKA ET AL. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 72–1074.   MARTIN *v.* MARTIN.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 72–1080.   PELTZMAN *v.* AMERICAN RADIO ASSN. ET AL.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.